**FILED**
**JAN 2 2 2018**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Anthony Ray Jenkins,            )
                                )
        Plaintiff,              )
                                )   Civil Action No.  17-2384 (UNA)
                                )
                                )
Don L. Scott,                   )
                                )
        Defendant.              )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis* (IFP). Under the statute governing IFP proceedings, the Court is required to dismiss a case "at any time" it determines that the action is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff, a resident of Lithonia, Georgia, sues an individual in Liberal, Kansas, "for $1200,000,000.00 for slavery, denying equal protection of the law." Compl. at 1. He then seeks a seemingly unrelated order to compel "the federal government to pay this claim [because] there was no reason for the arrest[.]" Compl. at 1-2. A complaint, such as this one, that lacks "an arguable basis either in law or in fact" may be dismissed as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Accordingly, the complaint and this case will be dismissed by separate order.

_____/s/_____
Timothy J. Kelly
United States District Judge

Date:  January 19, 2018